**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs,*
Ricardo Franco and William Kiefer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO FRANCO and WILLIAM KIEFER, individually and on behalf of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 5:22-CV-00907-JGB-SHK<br><br>**NOTICE OF SETTLEMENT ON INDIVIDUAL BASIS** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiffs Ricardo Franco ("Franco") and William Kiefer ("Kiefer") (the "Plaintiffs") and defendant Ford Motor Co. ("Defendant") has been resolved on an individual basis with a settlement in principle. The Parties are finalizing the terms of the settlement, and Plaintiffs anticipate filing a Status Report regarding the settlement within fourteen (14) calendar days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements, and set a deadline on or after **April 17, 2023**, for filing the of Plaintiffs' Status Report regarding the settlement.

**KAZEROUNI LAW GROUP, APC**

Date: April 4, 2023

By: *s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
*Attorneys for Plaintiffs*

**NEWSOME & MELTON**
R. Frank Melton, II (PHV)
melton@newsomelaw.com
William C. Ourand, Jr. (PHV)
201 S. Orange Ave., Suite 1500
Orlando, FL 32801
ourand@newsomelaw.com
Tel: (407) 289-1433

**LEVIN PAPANTONIO RAFFERTY**
William F. Cash III (PHV)
bcash@levinlaw.com
Scott Warrick (PHV)
swarrick@levinlaw.com
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

**THE DAVENPORT LAW FIRM, LLC**
Courtney L. Davenport (PHV)



| | |
|---|---|
| 1 | courtney@thedavenportlawfirm.com |
| 2 | 18805 Porterfield Way |
| 3 | Germantown, MD 20874 |
|   | Tel: (703) 901-1660 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |