1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| **RICARDO FRANCO and WILLIAM KIEFER, Individually and On Behalf of Similarly Situated Persons,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY,**<br><br><br>Defendant. | **Case No.:**  5:22-CV-00907-JGB-SHK<br><br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

20
21
22
23
24
25
26
27
28

       Good causing appearing, the stipulated request of Plaintiffs Ricardo Franco and William Kiefer ("Plaintiffs") and Defendant Ford Motor Company ("Defendant"), for dismissal of Plaintiffs' individual claims against Defendant with prejudice and dismissal of the claims of the putative class members without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is hereby GRANTED.

1        Further, Plaintiffs and Defendant shall each bear their own respective attorney

2    fees and costs.

3        IT IS SO ORDERED.

4

5    Dated:  June 2, 2023

6               HON. JESUS G. BERNAL

7               U.S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28